# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| GLENN HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:15-CV-653 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL RESERVE BANK OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the court on Defendant Federal Reserve Bank of St. Louis's Motion for Reconsideration of Order Denying Defendant's Motion to Dismiss (ECF No. 23). Therein, the Federal Reserve Bank of St. Louis ("FRB") argues that this Court was required to dismiss Plaintiff's Complaint because Plaintiff's allegation of poverty was untrue. (ECF No. 23 (citing 28 U.S.C. §1915(e)(2)(A)). The Court, however, notes that it did not make a finding that Plaintiff's allegation of poverty was untrue. Rather, the Court found that Plaintiff provided a plausible explanation for an incomplete Financial Affidavit. The Court further ordered Plaintiff to resubmit his Financial Affidavit so that the Court could re-determine Plaintiff's financial status.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Federal Reserve Bank of St. Louis's Motion for Reconsideration of Order Denying Defendant's Motion to Dismiss (ECF No. 23) is **DENIED**.

Dated this 14th day of October, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE