# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GLENN HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-653 RLW |
| ) | |
| FEDERAL RESERVE BANK OF ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Federal Reserve Bank of St. Louis's Motion to Compel (ECF No. 43) and Defendant Federal Reserve Bank of St. Louis's Motion to Dismiss Plaintiff's Complaint (ECF No. 54). In both of these motions, the Federal Reserve Bank complains that Plaintiff has not properly served his Initial Disclosures as required by Rule 26(a)(1) and not fully responded to its Discovery Requests. Plaintiff has provided some, but not all, of the required information. *See* ECF No. 49. Plaintiff contends that he has provided all of the information that he has and that he does not have the additional information because of his *pro se* status. (ECF No. 57).

The Court holds that Plaintiff must supply the outstanding information before this case can move forward. *Pro se* parties are required to adhere to the Federal Rules of Civil Procedure. *DePugh v. Clemens*, 966 F. Supp. 898, 900 (W.D. Mo.). The information that is lacking (as identified in ECF No. 48 at pages 5-7) is key information regarding who has information regarding Plaintiff's claims and Defendant's defenses. Plaintiff has not even responded to most of Defendant's Requests for Production. Plaintiff must provide all of the information required by Rule 26(a)(1) and respond to each and every discovery request. If Plaintiff does not have any

such information or documents, Plaintiff can indicate that. However, Plaintiff cannot fail to respond. Therefore, the Court will give Plaintiff one more chance to provide his Initial Disclosures and respond to Defendant's Discovery Requests.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Federal Reserve Bank of St. Louis's Motion to Compel (ECF No. 43) is **GRANTED**. Plaintiff shall serve his complete Initial Disclosures and responses to Defendant's Discovery Requests no later than **April 22, 2016**. Plaintiff must provide complete Initial Disclosures and Discovery Responses as outlined in Defendant Federal Reserve Bank of St. Louis's Reply in Support of its Motion to Compel (ECF No. 48) on pages 5-7. Failure to comply with this Court's Memorandum and Order may result in dismissal of Plaintiff's Complaint with prejudice.

**IT IS FURTHER ORDERED** that the parties' mediation deadline is postponed for another month. The parties shall notify the Court of the designated neutral no later than **May 17, 2016**, and shall complete mediation no later than **June 2, 2016**.

**IT IS FURTHER ORDERED** that Defendant Federal Reserve Bank of St. Louis's Motion to Dismiss Plaintiff's Complaint (ECF No. 54) is **DENIED** without prejudice. Defendant may re-file its Motion to Dismiss, if necessary.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to Glenn Hayes, 11311 Dunn View Drive, St. Louis, MO 63138.

Dated this 13th day of April, 2016.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE